UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 20-08778 DMG (PVC)                    Date:  March 4, 2022

Title      Edward Robinson v. Raybon Johnson, Warden

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

|  Attorneys Present for Petitioner:  |  Attorneys Present for Respondent:  |
|---|---|
|  None  |  None  |

**PROCEEDINGS:   [IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THE STAY IN THIS ACTION SHOULD NOT BE LIFTED FOR PETITIONER'S FAILURE TO FILE A STATUS REPORT**

On December 29, 2021, the Court granted Petitioner's motion for a stay pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005).  (Dkt. No. 30).  As a condition of the stay, Petitioner was ordered to file a status report beginning on January 28, 2022, and every 45 days thereafter.  (*Id.* at 2).  Petitioner was instructed that each status report "shall attach copies of Petitioner's petitions and court orders ruling on the petitions as the petitions are filed and the orders issue." (*Id.*).  The Court expressly cautioned Petitioner that the "[f]ailure to timely file status reports as required by this Order may result in the summary dismissal of Grounds One(E) and One(F) or of the Petition in its entirety as mixed." (*Id.*).

As noted, Petitioner's first status report was due January 28, 2022.  However, as of the date of this Order, Petitioner has neither filed a status report nor requested an extension of time in which to do so.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, within **fourteen days** of the date of this Order, why the stay in this action should not be lifted for Petitioner's failure to file the required status report.   Petitioner may discharge this OSC by filing

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 20-08778 DMG (PVC)                    Date:  March 4, 2022

Title        Edward Robinson v. Raybon Johnson, Warden

either (1) a status report setting forth the information required by the Court's Order granting a stay or (2) a declaration, under oath, explaining why he is unable to do so. Petitioner is advised that if the stay is lifted, the Court may recommend that the Petition be dismissed as "mixed" because it contains exhausted and unexhausted claims.

Alternatively, if Petitioner no longer wishes to pursue some or all of his claims, he may voluntarily dismiss this action or his unexhausted claims.  If Petitioner elects to dismiss his unexhausted claims, this action will proceed only on any surviving exhausted claims.  Petitioner is cautioned, however, that if he voluntarily dismisses his unexhausted claims, those claims may be barred as untimely or successive if he attempts to reassert them in a future habeas action.  **A blank notice of dismissal is attached for Petitioner's convenience.**

**Petitioner is expressly warned that the failure to respond to this Order to Show Cause by the Court's deadline may result in a recommendation that this action be dismissed for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |