# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD EARL ROBINSON,<br><br>    Petitioner,<br><br>    v.<br><br>THERESA CISNEROS, Warden,[1]<br><br>    Respondent. | Case No. CV 20-8778 DMG (PVC)<br><br>**ORDER ACCEPTING IN PART FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND LIFTING STAY ENTERED ON DECEMBER 29, 2021 (Dkt. No. 30)** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and both sets of Petitioner's Objections. In the Report, the Magistrate Judge recommends that the stay in this action be lifted for Petitioner's failure to file required status reports and that Petitioner be ordered to voluntarily dismiss his unexhausted claims or face dismissal of the Petition as mixed. In his first set of Objections, Petitioner explains that he never received the order granting the stay and requiring the submission of status reports. He further presents evidence that he has by now exhausted the claims for which a stay was granted. The

---

[1] Theresa Cisneros, Warden of the California Substance Abuse Treatment Facility and State Prison, where Petitioner is currently incarcerated, is substituted for the Respondent originally named in the Petition and the substitute Respondent named in the Report and Recommendation, neither of whom has custody of Petitioner any longer. *See* Fed. R. Civ. P. 25(d).

recommendation that Petitioner be ordered to dismiss his unexhausted claims therefore appears to have been mooted. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge to the extent that the Report recommends that the stay in this action be lifted, but ORDERS that this action shall proceed on all the claims raised in the Petition, without prejudice to Respondent's right to challenge whether Petitioner actually exhausted the claims for which a stay was granted.

IT IS ORDERED that:

(1) The December 29, 2021 Order granting Petitioner a stay pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005), is hereby VACATED; and

(2) Respondent shall file a response to the Petition within thirty days of the date of this Order.

IT IS SO ORDERED.

DATED: December 14, 2022

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE