UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROBINSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN CATES, Warden,[1]<br><br>　　　　　Respondent. | Case No. CV 20-8778 WLH (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　　IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

---

[1] Brian Cates, Warden at California Correctional Institution (CCI), where Petitioner is incarcerated, is substituted for his predecessor. *See* Fed. R. Civ. P. 25(d).

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 28, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE