# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ROBINSON,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN CATES, Warden,[1]<br><br>    Respondent. | Case No. CV 20-8778 WLH (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: August 28, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

---

[1] Brian Cates, Warden at California Correctional Institution (CCI), where Petitioner is currently incarcerated, is substituted for his predecessor. Fed. R. Civ. P. 25(d).